COURT OF APPEALS [Vol.

## SLOSS-SHEFFIELD STEEL & IRON CO. v. WATSON.

(Decided November 23, 1915.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. SHARPE.
TILLMAN, BRADLEY & MORROW, for appellant. BEDDOW & OBERDORFER, for appellee.

PER CURIAM.—Appeal dismissed by agreement.

---

## SOUTHERN BELL TEL. & TEL. CO. v. LEAK.

(Decided November 25, 1915.)

APPEAL from Birmingham City Court.
Heard before Hon. JOHN H. MILLER.
STOKELY, SCRIVNER & DOMINICK, for appellant. JOHN W. ALTMAN, for appellee.

PER CURIAM.—Appeal dismissed by agreement.

---

## STARKEY v. CITY OF ANNISTON.

(Decided January 11, 1916.)

APPEAL from Calhoun Circuit Court.
Heard before Hon. HUGH D. MERRILL.
MERRILL & WALKER, for appellant. S. W. TATE, for appellee.
PER CURIAM.—Affirmed by agreement.

---

## EX PARTE STARR.

(Decided February 3, 1916.)

APPEAL from Tallapoosa Chancery Court.
Heard before Hon. W. W. WHITESIDE.
BULGER & RYLANCE, for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Defendant admitted to bail on authority of *Franks v. State*, 11 Ala. App. 70, 65 South. 856. Reversed and remanded.